JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| ORLANDO GONZALEZ-GUTIERREZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE ADELANTO DETENTION FACILITY et al.,<br><br>Respondents. | Case No. 5:26-cv-02648-DFM<br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting Petition for Writ of Habeas Corpus filed on June 22, 2026.

Date: June 29, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge